UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. PETER G. SHERIDAN, U.S.D.J. |
| Plaintiff, | : | |
| | : | Cr. No. 23-211 (PGS) |
| vs. | : | |
| | : | |
| KAITLYN POWERS, | : | **ORDER MODIFYING** |
| | : | **CONDITIONS OF RELEASE** |
| Defendant. | : | |

_____

This matter having been brought before the Court by Mark G. Davis, Esq., attorney for the defendant, KAITLYN POWERS, on the recommendation of United States Pretrial Services (Nicholas Zotti, USPSO), and with the consent of the United States Attorney's Office for the District of New Jersey (Ian Brater, AUSA), for an Order amending Defendant's release conditions; and the Court having considered the matter and for good cause appearing;

IT IS ORDERED on this   9th   day of May 2023 that location monitoring and curfew be removed as conditions of defendant's pretrial release; and it is

FURTHER ORDERED that all other conditions remain in full force and effect.

_____
HON. DOUGLAS E. ARPERT, USMJ